[No. 14771. Department Two. July 9, 1918.]

GERTRUDE MAY KELLER, *Respondent*, v. LEROY S. KELLER, *Appellant*.[1]

Appeal from an order of the superior court for Snohomish county, Bell, J., entered October 24, 1917, modifying a divorce decree. Affirmed.

*E. C. Dailey*, for appellant.
*George W. Louttit*, for respondent.

PER CURIAM.—By an order modifying a decree of divorce, the respondent was given the care and custody of the three minor children of the parties to this action, and this is an appeal from that order.

An examination of the testimony, which it is not necessary to even outline, satisfies us that the trial court was correct in making the order complained of.

The order is affirmed.

---

[No. 14597. Department Two. July 30, 1918.]

UNITED COLLIERIES COMPANY, *Respondent*, v. GUY POSSON, *as Carbon River Coal & Coke Company*, *Appellant*, WINTON MOTOR CARRIAGE COMPANY, *Defendant*.[1]

Appeal from a judgment of the superior court for King county, Mackintosh, J., entered June 29, 1917, upon findings in favor of the plaintiff, in an action on contract, tried to the court. Affirmed.

*Blair & Blinn*, for appellant.
*Irving T. Cole*, for respondent.

PER CURIAM.—The question in this case is whether a credit of $1,079.26 with the Winton Motor Carriage Company is the property of the respondent or rightfully belongs to the appellant, Guy Posson. The trial court, after hearing the evidence, concluded that the credit belonged to the respondent.

The question presented is simply a question of fact, depending upon the veracity of the witnesses. We are satisfied, after examining the record, that the trial court properly found in favor of the respondent.

The judgment is therefore affirmed.

MACKINTOSH, J., took no part.

[1]Reported in 173 Pac. 375.